## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANITA PUCCI | : | |
| | : | |
| v | : | 3:09cv1228   (SRU) |
| | : | |
| GMAC FINANCIAL SERVICES and EXPERIAN INFO SOLUTIONS, INC. | : | |

## O R D E R OF DISMISSAL

In an order dated December 7, 2009  (Doc #15), the Court directed the parties to file their 26(f) Report by December 28, 2009.   To date,  no 26(f) report has been filed.

Accordingly, this case is dismissed, without prejudice, for failure to comply with the Court's Order.  See Fed. R. Civ. P. 41(b); Local Rule Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th of January 2010.


　　　　　　　　　　　　　　　　　　　　  /s/ Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　United States District Judge